Decision Per Curiam.

---

Louis C. de Ricardo, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

Writ of error to Criminal Court of Fecord, Hillsborough county; William S. Graham, Judge.

No appearance for Plaintiff in Error.

*F. M. Simonton and W. B. Lamar,* Attorney-General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The writ of error is dismissed on motion of counsel for defendant in error, for failure to prosecute.

Decision Per Curiam.